# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| Karen L. Smith**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:17-cv-00003-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill**,** | ) | |
| | ) | |
| Defendant(s). | | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 9, 2018 Order.

March 9, 2018

Frank G. Johns, Clerk
United States District Court